IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONI CAMP,

          Plaintiff,

vs.                                              No. 1:19-cv-01146-KG-GJF

CITY OF SANTA FE
AND STATE OF NEW MEXICO,

          Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER came before the Court upon the stipulation of the parties, evidenced by signature of counsel below, that all issues and claims between them have been resolved and that upon full payment of the settlement, the parties will execute all necessary liability releases.

The parties stipulate, as part of the consideration for this dismissal, that the City of Santa Fe (CSF) shall investigate in good faith the feasibility of placing pedestrian warning signage relative to the curb ramps at W. San Francisco and Galisteo Streets and report to Plaintiff as to its findings. The parties further stipulate that the terms of settlement shall remain confidential except to the extent otherwise required by law.

The Court, being fully advised in the premises, finds that this cause should be dismissed with prejudice. It is therefore ORDERED that the above-entitled cause is dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

HATCHER LAW GROUP, P.A.

BY: */s/Scott P. Hatcher*
    Scott P. Hatcher, Esq.
    150 Washington Avenue, Suite 204
    Santa Fe, NM  87501
    (505) 983-6525
    shatcher@hatcherlawgroupnm.com
    *Attorneys for Defendant City of Santa Fe*

BY: */s/ Sidney P. Childress*
    Sidney P. Childress, Esq.
    1925 Aspen Drive, #600A
    Santa Fe, NM 87505
    (505) 433-9823
    childresslaw@hotmail.com
    *Attorney for Plaintiff*